

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21167-CIV-MORENO

CHARLES SMALLS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION AND DENYING THE MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate **(D.E. No. 1)**, filed on **April 24, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 8)** on **September 12, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present and notes that movant has not filed any objections and the time for doing so has now passed. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 8)** on **September 12, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the motion to vacate is DENIED for the reasons stated in the Report and

Recommendation; and

(2)     this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of September, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White